IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:21-cv-6111 |
| | ) |
| v. | ) |
| | ) |
| MELISSA GASCA, individually and dba | ) |
| Su Familia Income Tax, | ) |
| FINANCIALPLUS SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION FOR ENTRY OF PERMANENT INJUNCTION**

The United States and Defendants Defendant Melissa Gasca, individually and dba Su Familia Income Tax, and FinancialPlus Services, Inc. have reached a settlement in this case in which Defendants have consented to entry of the attached judgment and injunction. Accordingly, the United States moves for entry of the accompanying Permanent Injunction.

Dated: February 14, 2022

                                              David A. Hubbert
                                              Deputy Assistant Attorney General

                                              /s/ Ignacio Perez de la Cruz
                                              IGNACIO PEREZ DE LA CRUZ
                                              Trial Attorney
                                              Massachusetts Bar No. 672618
                                              Ignacio.PerezdelaCruz@usdoj.gov
                                              U.S. Department of Justice
                                              Tax Division
                                              717 N. Harwood, Suite 400
                                              Dallas, Texas 75201
                                              (214) 880-9759
                                              (214) 880-9742 (Fax)
                                              ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF CONFERENCE

    I certify that on February 14, 2022, undersigned conferred with Adeena Weiss, counsel for defendants and she does not oppose the relief sought.

                                              /s/ Ignacio Perez de la Cruz
                                              IGNACIO PEREZ DE LA CRUZ

## CERTIFICATE OF SERVICE

    I certify that on February 14, 2022, I copy of this pleading was sent by ECF to counsel for Defendants.

                                              /s/ Ignacio Perez de la Cruz
                                              IGNACIO PEREZ DE LA CRUZ